# EXHIBIT B

# Looking for a no-hassle pricing on New or Used Car?

The GEICO Car Buying Service is here to help.



Shop with confidence and save, discovering great deals.

# We'll get you back on the road fast!

The GEICO Car Buying Service provides:

- TrueCar® Certified Dealers dedicated to providing a no-hassle car buying experience.
- What others paid for new vehicle in your area so you don't overpay.
- A way to easily view and compare thousands of new and used vehicles online.
- TrueCar® representatives available to help you through the entire process.

A service you can trust when you need it most



*Visit us today at www.geico.com/replacemycar*
*or call 877-638-4126*

Your actual savings may vary based on multiple factors including the vehicle you select, region, dealer, and applicable manufacturer incentives.
This no obligation program is administered by TrueCar, Inc.



# MARKET VALUATION REPORT

*Prepared for GEICO*



# REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Ewing, Tamara |
| | 2657 Lenox Rd Ne |
| | Atlanta, GA 30324 |
| Loss Vehicle | 2013 Cadillac ATS Luxury RWD |
| Loss Incident Date | 05/01/2017 |
| Claim Reported | 05/01/2017 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 84462384 |
| Claim Reference | 0479114120101101-01 |
| Adjuster | Tomlinson, Richard |
| Odometer | 41,782 |
| Last Updated | 05/01/2017 01:02 PM |

## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 17,841.00** |
| **Adjusted Vehicle Value** | **$ 17,841.00** |
| **Value before Deductible** | **$ 17,841.00** |
| Deductible | - $ 2,500.00 |
| **Total** | **$ 15,341.00** |

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by GEICO.

Loss vehicle has 19% fewer than average mileage of 51,900.

### BASE VEHICLE VALUE

This is derived from comparable vehicle(s) available or recently available in the marketplace at the time of valuation, per our valuation methodology described on the next page.

### ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

## Inside the Report

Valuation Methodology.............................2

Vehicle Information....................................3

Vehicle Condition.....................................6

Comparable Vehicles.............................. 8

Valuation Notes......................................12

Supplemental Information......................13

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CCC ONE** | MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# VALUATION METHODOLOGY

**How was the valuation determined?**



**CLAIM INSPECTION**

GEICO has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



**DATABASE REVIEW**

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

**SEARCH FOR COMPARABLES**

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



**CALCULATE BASE VEHICLE VALUE**

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE** MARKET VALUATION REPORT

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# 🚗 VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | ATLANTA,  GA  30324 |
| VIN | 1G6AB5R36D0143777 |
| Year | 2013 |
| Make | Cadillac |
| Model | ATS |
| Trim | Luxury |
| Body Style | RWD |
| Body Type | Sedan |
| Engine - | |
|     Cylinders | 6 |
|     Displacement | 3.6L |
|     Fuel Type | Flex Fuel |
|     Carburation | Direct Injection |
| Transmission | Automatic Transmission |
| Curb Weight | 3461 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| | | |
|---|---|---|
| **Odometer** | 41,782 | + 850 |
| **Options** | | |
| Navigation System | Reported | + 700 |
| CD Player | Reported | + 150 |
| Electric Glass Roof | Reported | + 500 |

Reported* Option(s) added after initial valuation

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 24 Vehicle Market History Information | 04/15/2016 |
| Experian AutoCheck | No Title Problem Found | |
| National Highway Traffic Safety Administration | 7 Recalls | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE.**  MARKET VALUATION REPORT

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# 🚗 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 41,782 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Memory Package | ✓ |
| | Navigation System | 📄 |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | ✓ |
| | Wood Interior Trim | 📄 |
| **Seating** | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | 📄 |
| | Leather Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |

To the left is the equipment of the loss vehicle that GEICO provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📄 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 CCC ONE. MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# 🚌 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Search/Seek | ✔ |
| | CD Player | 🖹 |
| | Steering Wheel Touch Controls | ✔ |
| | Auxiliary Audio Connection | ✔ |
| | Premium Radio | ✔ |
| | Satellite Radio | ✔ |
| **Wheels** | Aluminum/Alloy Wheels | ✔ |
| **Roof** | Electric Glass Roof | 🖹 |
| **Safety/Brakes** | Air Bag (Driver Only) | ✔ |
| | Passenger Air Bag | ✔ |
| | Anti-lock Brakes (4) | ✔ |
| | 4-wheel Disc Brakes | ✔ |
| | Front Side Impact Air Bags | ✔ |
| | Head/Curtain Air Bags | ✔ |
| | Backup Camera W/ Parking Sensors | ✔ |
| | Communications System | ✔ |
| | Hands Free | ✔ |
| | Alarm | ✔ |
| | Traction Control | ✔ |
| | Stability Control | ✔ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✔ |
| | Heated Mirrors | ✔ |
| | Tinted Glass | ✔ |
| | Signal Integrated Mirrors | ✔ |
| | Three Stage Paint | 🖹 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE.** MARKET VALUATION REPORT

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# 🚗 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Mechanical | AVERAGE PRIVATE | **Guideline:**<br>**Transmission:** Fluid slightly discolored. A few areas of seepage.<br>**Engine:** Minor seepage. Belts and hoses firm, show minimal wear. Minimal dirt and grease in engine compartment. | $ 0 |
| Tires | AVERAGE PRIVATE | **Guideline:**<br>**Rear Tires:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11)<br>**Front Tires:** 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| Paint | AVERAGE PRIVATE | **Guideline:**<br>Few small chips and/or scratches. No peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Body | AVERAGE PRIVATE | **Guideline:**<br>**Sheet Metal:** Few dings. No rust. All panels intact and properly aligned.<br>**Trim:** No broken and/or missing components. No dents. Few dings. | $ 0 |
| Glass | AVERAGE PRIVATE | **Guideline:**<br>Light surface scratches and/or pitting. | $ 0 |
| Seats | AVERAGE PRIVATE | **Guideline:**<br>Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Carpets | AVERAGE PRIVATE | **Guideline:**<br>Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Dashboard | AVERAGE PRIVATE | **Guideline:**<br>Few small scratches and/or gouges. Minimal damage to components. Light wear. | $ 0 |

GEICO uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE.** MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# 🚘 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Headliner | AVERAGE PRIVATE | **Guideline:** Clean. No significant holes and/or burn marks. No significant scuffing. | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE** MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 41,782 | 50,221 | 21,486 | 62,316 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✗ | ✓ | ✓ | ✗ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ | ✓ |
| Memory Package | ✓ | ✓ | ✓ | ✓ |
| Navigation System | ✓ | ✗ | ✗ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✓ | ✓ | ✓ |
| Remote Starter | ✓ | ✓ | ✓ | ✓ |
| Wood Interior Trim | ✓ | ✗ | ✗ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✗ | ✗ | ✗ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✗ | ✓ | ✓ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✗ | ✗ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |

**Comp 1**   Updated Date: 04/21/2017
**2013 Cadillac Ats Luxury Awd 4**
**2.0l Gasoline Turbocharged Direct**
**Injection**
VIN 1G6AH5RX5D0149975
**Dealership** Carvana Atlanta
**Telephone** (855) 442-6082
**Source** Autotrader
**Stock #** 2000046741
**Distance from Atlanta, GA**
4 Miles - Atlanta, GA

**Comp 2**   Updated Date: 04/02/2017
**2013 Cadillac Ats Luxury Awd 6 3.6l**
**Flex Fuel Direct Injection**
VIN 1G6AH5R32D0112296
**Dealership** Carvana Atlanta
**Telephone** (855) 442-6082
**Source** Autotrader
**Stock #** 2000034741
**Distance from Atlanta, GA**
4 Miles - Atlanta, GA

**Comp 3**   Updated Date: 04/18/2017
**2013 Cadillac Ats Luxury Rwd 4 2.5l**
**Gasoline Direct Injection**
VIN 1G6AB5RA3D0153648
**Dealership** Us Auto Sales
**Telephone** (404) 879-5395
**Source** Autotrader
**Stock #** 153648
**Distance from Atlanta, GA**
23 Miles - Lawrenceville, GA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Average Private condition, which the loss vehicle is also

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 MARKET VALUATION REPORT

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✗ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Backup Camera W/ Parking Sensors | ✓ | ✓ | ✓ | ✓ |
| Communications System | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✓ | ✓ | ✓ | ✓ |
| Signal Integrated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Metallic Paint | ✗ | ✗ | ✗ | ✓ |
| Three Stage Paint | ✓ | ✗ | ✗ | ✗ |

| | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| **List Price** | | $ 19,000 | $ 21,750 | $ 14,600 |
| **Adjustments:** | | | | |
| Make/Model/Trim | | - $ 650 | - $ 950 | + $ 125 |
| Options | | + $ 700 | + $ 700 | + $ 500 |
| Mileage | | + $ 696 | - $ 1,285 | + $ 1,654 |
| Condition[1] | | - $ 962 | - $ 962 | - $ 962 |
| **Adjusted Comparable Value** | | **$ 18,784** | **$ 19,253** | **$ 15,917** |

compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE.** MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 4 |
|---|---|---|
| Odometer | 41,782 | 73,605 |
| Automatic Transmission | ✔ | ✔ |
| 4 Wheel Drive | ✘ | ✔ |
| Power Steering | ✔ | ✔ |
| Power Brakes | ✔ | ✔ |
| Power Windows | ✔ | ✔ |
| Power Locks | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ |
| Power Driver Seat | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ |
| Power Trunk/Gate Release | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ |
| Climate Control | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ |
| Cruise Control | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ |
| Console/Storage | ✔ | ✔ |
| Overhead Console | ✔ | ✔ |
| Memory Package | ✔ | ✔ |
| Navigation System | ✔ | ✘ |
| Keyless Entry | ✔ | ✔ |
| Telescopic Wheel | ✔ | ✔ |
| Message Center | ✔ | ✔ |
| Home Link | ✔ | ✔ |
| Remote Starter | ✔ | ✔ |
| Wood Interior Trim | ✔ | ✘ |
| Bucket Seats | ✔ | ✔ |
| Reclining/Lounge Seats | ✔ | ✘ |
| Leather Seats | ✔ | ✔ |
| AM Radio | ✔ | ✔ |
| FM Radio | ✔ | ✔ |
| Stereo | ✔ | ✔ |
| Search/Seek | ✔ | ✔ |
| CD Player | ✔ | ✔ |
| Steering Wheel Touch Controls | ✔ | ✔ |
| Auxiliary Audio Connection | ✔ | ✔ |
| Premium Radio | ✔ | ✔ |
| Satellite Radio | ✔ | ✔ |
| Aluminum/Alloy Wheels | ✔ | ✔ |
| Electric Glass Roof | ✔ | ✔ |

**Comp 4**      Updated Date: 04/17/2017
**2013 Cadillac Ats Luxury Awd 6 3.6l Flex Fuel Direct Injection**
**VIN** 1G6AH5R32D0113853
**Dealership** Ivory Chevrolet
**Telephone** (404) 397-6306
**Source** Autotrader
**Stock #** AB195
**Distance from Atlanta, GA**
19 Miles - Union City, GA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance**  is based upon a straight line between loss and comparable vehicle locations.

†The **Condition Adjustment** sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 4 |
|---|:---:|:---:|
| Drivers Side Air Bag | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ |
| Head/Curtain Air Bags | ✔ | ✔ |
| Backup Camera W/ Parking Sensors | ✔ | ✘ |
| Parking Sensors | ✘ | ✔ |
| Communications System | ✔ | ✔ |
| Hands Free | ✔ | ✔ |
| Alarm | ✔ | ✔ |
| Traction Control | ✔ | ✔ |
| Stability Control | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ |
| Tinted Glass | ✔ | ✔ |
| Signal Integrated Mirrors | ✔ | ✔ |
| Three Stage Paint | ✔ | ✘ |

| **List Price** | | $ 16,785 |
|---|---|---|
| **Adjustments:** | | |
| | Make/Model/Trim | - $ 950 |
| | Options | + $ 838 |
| | Mileage | + $ 2,214 |
| | Condition[1] | - $ 962 |

| **Adjusted Comparable Value** | **$ 17,925** |
|---|---|

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 MARKET VALUATION REPORT

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# VALUATION NOTES

05/01/2017 13:02 - TAX DISTRICT N

This Market Valuation Report has been prepared exclusively for use by GEICO, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Georgia Administrative Code 120-2-52-.06.

 **MARKET VALUATION REPORT**

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

## CARRIER INFORMATION

**Prepared for:**   GEICO

**Web:**   Get back on the road fast!

GEICO offers an easy-to-use service designed to help you save time and money.

Simply visit www.geico.com/replaceyourcar today or call

(877)-638-4119 to get started!!

 **VEHICLE HISTORY INFORMATION**

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### Vehicle Market History Information:

| | |
|---|---|
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: TrueCar in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: TrueCar in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: TrueCar in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/07/2016 | Mileage: 30471 |
| Location: TrueCar in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/29/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/29/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/29/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/29/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/16/2016 | Mileage: 31049 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CCC ONE.** MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

| | |
|---|---|
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/16/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/16/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/16/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/11/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/11/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/11/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 05/11/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/15/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/15/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/15/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |
| This vehicle was reported to CCC on 04/15/2016 | Mileage: 31049 |
| Location: AutoTrader in SMYRNA, GA | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC** ⌒ **ONE.**   MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

🚗✓ **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

| TITLE CHECK | RESULTS FOUND |
|---|---|
| Abandoned | ✓ No Abandoned Record Found |
| Damaged | ✓ No Damaged Record Found |
| Fire Damage | ✓ No Fire Damage Record Found |
| Grey Market | ✓ No Grey Market Record Found |
| Hail Damage | ✓ No Hail Damage Record Found |
| Insurance Loss | ✓ No Insurance Loss Record Found |
| Junk | ✓ No Junk Record Found |
| Rebuilt | ✓ No Rebuilt Record Found |
| Salvage | ✓ No Salvage Record Found |

| EVENT CHECK | RESULTS FOUND |
|---|---|
| NHTSA Crash Test Vehicle | ✓ No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ No Frame Damage Record Found |
| Major Damage Incident | ✓ No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ No Odometer Problem Record Found |
| Recycled | ✓ No Recycled Record Found |
| Water Damage | ✓ No Water Damage Record Found |
| Salvage Auction | ✓ No Salvage Auction Record Found |

| VEHICLE INFORMATION | RESULTS FOUND |
|---|---|
| Accident | ✓ No Accident Record Found |
| Corrected Title | ✓ No Corrected Title Record Found |
| Driver Education | ✓ No Driver Education Record Found |
| Fire Damage Incident | ✓ No Fire Damage Incident Record Found |
| Lease | ✓ No Lease Record Found |
| Lien | ✓ No Lien Record Found |
| Livery Use | ✓ No Livery Use Record Found |
| Government Use | ✓ No Government Use Record Found |
| Police Use | ✓ No Police Use Record Found |
| Fleet | ✓ No Fleet Record Found |
| Rental | ✓ No Rental Record Found |
| Fleet and/or Rental | ✓ No Fleet and/or Rental Record Found |
| Repossessed | ✓ No Repossessed Record Found |
| Taxi use | ✓ No Taxi use Record Found |
| Theft | ✓ No Theft Record Found |
| Fleet and/or Lease | ✓ No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ No Duplicate Title Record Found |

CCC provides GEICO information reported by Experian regarding the **2013 Cadillac ATS (1G6AB5R36D0143777)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

✓ No Event Found

⊖ Event Found

🗒 Information Needed

**TITLE CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no vehicle information that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**ODOMETER CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

## 📖 FULL HISTORY REPORT RUN DATE: 05/01/2017

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 04/18/2013 | GA | 8 | Motor Vehicle Dept. | TITLE (Lien Reported) (Lease Reported) |
| 04/18/2013 | CANTON, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL (Lease Reported) |
| 05/20/2014 | CANTON, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL (Lease Reported) |
| 05/21/2015 | CANTON, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 03/25/2016 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 05/10/2016 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 06/15/2016 | ATLANTA, GA | 31049 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 06/17/2016 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 07/22/2016 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 01/18/2017 | ATLANTA, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CCC ONE.  MARKET VALUATION REPORT

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC⌒ONE** MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

### 🚗 NHTSA VEHICLE RECALL

**NHTSA Campaign ID :** 14V338000

**Mfg's Report Date :** JUN 19, 2014

**Potential Number Of Units Affected :** 90,750

**Summary :** General Motors LLC (GM) is recalling certain model year 2013-2014 Cadillac ATS vehicles manufactured April 23, 2012, to March 20, 2014, and 2014 Cadillac CTS vehicles manufactured June 10, 2013, to March 20, 2014. In the affected vehicles, the transmission shift cable may detach from either the bracket on the transmission shifter or the bracket on the transmission.

**Consequence :** If the transmission shift cable detaches while the vehicle is being driven, the transmission gear selection may not match the indicated gear and the vehicle may move in an unintended or unexpected direction, increasing the risk of a crash. Furthermore, when the driver goes to stop and park the vehicle, despite selecting the 'PARK' position, the transmission may not be in 'PARK.' If the vehicle is not in the 'PARK' position there is a risk the vehicle will roll away as the driver and other occupants exit the vehicle or anytime thereafter. A vehicle rollaway increases the risk of injury to exiting occupants and bystanders.

**Remedy :** GM will notify owners, and dealers will inspect the vehicles to make sure the cable is properly seated at the transmission and shifter brackets, free of charge. The recall is expected to begin in early August 2014. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14179.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 13V220000

**Mfg's Report Date :** MAY 24, 2013

**Component :** ELECTRICAL SYSTEM , EXTERIOR LIGHTING

**Potential Number Of Units Affected :** 10210

**Summary :** General Motors LLC (GM) is recalling certain model year 2013 Cadillac ATS and model year 2013 Cadillac XTS; and model year 2014 Chevrolet Impala vehicles. On the affected vehicles, the brake lamps may intermittently flash without the brakes being applied and the cruise control may disengage. Thus, these vehicles fail to conform to the requirements of Federal Motor Vehicle Safety Standard (FMVSS) No. 108, "Lamps, reflective devices, and associated equipment."

**Consequence :** If the brake lamps flash when the vehicle is not slowing, a following driver may not adjust vehicle speed when the vehicle is in fact braking, and the brake lamps are illuminating as intended, increasing the risk of a crash

**Remedy :** GM will notify owners, and dealers will reprogram the body control module. The recall began on june 13, 2013. Owner's may contact Chevrolet at 1-800-630-2438 or Cadillac at 1-866-982-2339. GM's recall number is 13158.

The National Highway Traffic Safety Administration has issued 7 safety related recall notices that may apply to the above valued vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CCC ONE   MARKET VALUATION REPORT | Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

**Notes :** Owners may also contact the National Highway Traffic Safety Administration
Vehicle Safety Hotline at 1-888 -327-4236 or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 14V488000

**Mfg's Report Date :** AUG 08, 2014

**Potential Number Of Units Affected :** 48,114

**Summary :** General Motors LLC (GM) is recalling certain model year 2013 Buick Encore
vehicles manufactured August 23, 2012, to March 1, 2013, and model year 2013 Cadillac
ATS vehicles manufactured April 23, 2012, to May 1, 2013. In the affected vehicles, the
driver and passenger lap belt pretensioner cables may not lock in a retracted position,
allowing the seat belts to extend when pulled upon.

**Consequence :** If the seat belts do not remain locked in the retracted position when under
load, the seat occupant may not be adequately restrained in a crash, increasing the risk of
injury.

**Remedy :** GM will notify owners, and dealers will replace both front the driver's and the
passenger's lap belt pretensioners, free of charge. Parts are not currently available. GM
will send an interim notification in early October 2014 and will send a second notification
when remedy parts are available. Owners may contact Buick customer service at
1-800-521-7300, or Cadillac customer service at 1-800-458-8006. GM's number for this
recall is 14171.

---

**NHTSA Campaign ID :** 14V446000

**Mfg's Report Date :** JUL 23, 2014

**Component :** SEATS

**Potential Number Of Units Affected :** 124,007

**Summary :** General Motors LLC (GM) is recalling certain model year 2013-2014 Buick
Encore and Cadillac ATS; 2014 Cadillac CTS, ELR, Chevrolet Caprice and SS vehicles;
and 2014-2015 Chevrolet Silverado and GMC Sierra Trucks. Due to an incomplete weld
on the seat hook bracket assembly, the front seats in the affected vehicles may not stay
secured in place during a high load condition such as a crash.

**Consequence :** A seat that does not stay secured increases the risk of occupant injury in
a vehicle crash.

**Remedy :** GM will notify owners, and dealers will inspect the seat hook bracket assembly
weld and replace the lower seat track, as necessary, free of charge. The recall began on
August 15, 2014. Owners may contact GM customer service at 1-800-521-7300 (Buick),
1-800-458-8006 (Cadillac), 1-800-222-1020 (Chevrolet), and 1-800-462-8782 (GMC).
GM's number for this recall is 14340.

---

**NHTSA Campaign ID :** 15V106000

**Mfg's Report Date :** FEB 24, 2015

**Component :** VISIBILITY

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CCC ONE. **MARKET VALUATION REPORT**

Owner: Ewing, Tamara
Claim: 0479114120101101-01

# SUPPLEMENTAL INFORMATION

**Potential Number Of Units Affected :** 58,698

**Summary :** General Motors LLC (GM) is recalling certain model year 2013-2015 Cadillac ATS vehicles manufactured April 25, 2012, to February 9, 2015. In the affected vehicles, the power-operated roof panels auto-close when the non-recessed "Slide" or "Tilt" switches are pressed. As such, these vehicles fail to comply with the requirements of the Federal Motor Vehicle Safety Standards (FMVSS) No. 118, "Power-Operated Window, Partition, and Roof Panel Systems."

**Consequence :** Because the switch is not recessed, the roof panel switch may inadvertently be pressed resulting in unintended auto-closure of the roof panel, increasing the risk of personal injury.

**Remedy :** GM will notify owners, and dealers will replace the roof console accessory switch trim plate, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 15119.

---

**NHTSA Campaign ID :** 15V463000

**Mfg's Report Date :** JUL 24, 2015

**Potential Number Of Units Affected :** 63,665

**Summary :** General Motors LLC (GM) is recalling certain model year 2013-2016 Cadillac ATS vehicles manufactured April 25, 2012, to June 25, 2015. The affected vehicles may experience the roof panel closing automatically when the non-recessed switches are pressed and the roof panel is open. These vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) No. 118, "Power-Operated Window, Partition, and Roof Panel Systems."

**Remedy :** GM will notify owners and dealers will replace the roof console accessory switch trim plate, free of charge. The recall began on August 19, 2015. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 15568. Note this recall supersedes 15V-106.

---

**NHTSA Campaign ID :** 15V558000

**Mfg's Report Date :** SEP 03, 2015

**Potential Number Of Units Affected :** 96,145

**Summary :** General Motors LLC (GM) is recalling certain model year 2013-2016 Cadillac ATS sedan vehicles manufactured April 23, 2012, to September 2, 2015. In the affected vehicles, the coil antenna module that powers the rear defogger system may generate excessive heat due to excessive cycling or continuous operation.

**Consequence :** If the coil antenna generates excessive heat, there is an increased risk of a fire.

**Remedy :** GM will notify owners, and dealers will update the Electronic Climate Control module to remove the automatic rear defogger "on" function, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 15299.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.