# EXHIBIT C



**GEICO Indemnity Company**

Attn: Salvage Department, PO BOX 13528
Macon, GA 31208-3528

5/4/2017

Tamara Ewing
2657 Lenox Rd Ne APT 11
Atlanta GA 30324--3132

Dear Tamara Ewing,

The enclosed "Total Loss Settlement Explanation" is a breakdown of your vehicle's settlement. For your convenience, the Market Valuation is available on GEICO.com. The Net Settlement Amount is the Base Value of your vehicle, plus any applicable fees and adjustments. If you have any questions, please contact me at 708-259-4057. You can also access your claim information at GEICO.com.

Sincerely,

Richard Tomlinson
708-259-4057

Encl:    SHCL30

EC0977 (12/2014)

**TOTAL LOSS SETTLEMENT EXPLANATION**

| | |
|---|---|
| Date | May 4, 2017 |
| Accident Date | May 1, 2017 |
| Claim Number | 047911412-0101-101 |
| Company | GEICO Indemnity Company |
| Vehicle | 2013 CAD ATS Luxury RWD |
| VIN | 1G6AB5R36D0143777 |

Dear:  Tamara Ewing,

This is a brief explanation of your claim settlement:

| | |
|---|---|
| Base Value | $17,841.00 |
| Condition Adjustment | $0.00 |
| Pre Tax Adjustment | $0.00 |
| Tax | $0.00 |
| Total Value | $17,841.00 |
| State and Local Regulatory Fees | $18.00 |
| Post Tax Adjustment | $0.00 |
| Less Deductible | $2,500.00 |
| Less Percent Negligent        0% | $0.00 |
| Less Retention Amount | $0.00 |
| Net Settlement Amount | $15,359.00 |
| Towing Charges | $0.00 |
| Storage Charges | $0.00 |

State law requires that owners of total loss or salvage motor vehicles apply for a salvage certificate within 10 days after a total loss settlement.

Does Apply ☐                    Does Not Apply ☒

Any state sales tax due the owner through replacement of the vehicle will be considered when notice is given and purchase invoice presented.

Does Apply ☐                    Does Not Apply ☒

Adjuster Richard Tomlinson                    Telephone No.  708-259-4057

Customer's  Signature  _____

CL-30  (10-13)