IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAMARA EWING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-165 (MTT) |
| GEICO INDEMNITY COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Court's October 11, 2022 Order (Doc. 124 at 2-3), the Court **AMENDS** its Order granting class certification (Doc. 89) only on the issue of Plaintiff Tamara Ewing. Plaintiff Nicholus Johnson is substituted for Plaintiff Ewing as a designated class representative. Accordingly, Plaintiff Ewing is **DISMISSED** without prejudice.

**SO ORDERED**, this 25th day of October, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT