# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| KOSMOE MALCOM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:20-cv-165 (MTT) |
| ) | |
| GEICO INDEMNITY COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties filed a Joint Notice of Filing a Proposed Notice (Doc. 96) and a Joint Motion to Amend the Proposed Class Notice Plan as to Timing and Representative Plaintiffs (Doc. 151). The Court finds that there is good cause to approve the Proposed Notice Plan as amended by the Motion to Amend and that the proposed notice to class members is the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. Fed. R. Civ. P. 23(c)(2)(B).

The Court **GRANTS** the Motion to Amend and **APPROVES** the email notice (Doc. 151-1), postcard notice (Doc. 151-2), and detailed notice (Doc. 151-3), and orders that notice be affected pursuant to the Proposed Notice Plan as amended by the Motion to Amend.

**SO ORDERED**, this 5th day of December, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT